No. PD-0605-14

PD-0605-14
COURT OF CRIMINAL APPEALS
AUSTIN, TEXAS
Transmitted 5/14/2015 5:07:45 PM
Accepted 5/15/2015 11:55:55 AM
ABEL ACOSTA
CLERK

IN THE COURT OF CRIMINAL APPEALS OF TEXAS, AT AUSTIN

FILED IN
COURT OF CRIMINAL APPEALS

May 15, 2015

ABEL ACOSTA, CLERK

## The State of Texas
Appellant

v.

## Cuong Phu Le
Appellee

On Appeal from Harris County in Case Number 1369320, from the 230th District Court, the Hon. Jeannine Barr, Judge Presiding; and the Opinion of the Fourteenth Court of Appeals in Case Number 14-13-00635-CR, Delivered April 8, 2014

# Appearance of Counsel

TO THE HONORABLE COURT OF CRIMINAL APPEALS:

COMES NOW, David A. Schulman and John G. Jasuta, attorneys at law, and would advise the Court that they have been retained on behalf of Cuong Phu Le, Appellant in the above styled and numbered cause, to assist current counsel on motion for rehearing , and would respectfully request that the Court instruct its Clerk to advise them of all future settings.

Respectfully submitted,

_____       _____
**David A. Schulman**                  **John G. Jasuta**
Attorney at Law                        Attorney at Law
SBN No. 17833400                       SBN 10592300
zdrdavida@davidschulman.com            lawyer1@johnjasuta.com

1801 East 51st Street, Suite 365-474
Austin, Texas 78723
Tel. 512-474-4747
Fax: 512-532-6282

Attorneys for Cuong Phu Le

1

# Certificate of Compliance and Delivery

This is to certify that: (1) this document, created using WordPerfect™ X7 software, contains XXXX words, excluding those items permitted by Rule 9.4 (i)(1), Tex.R.App.Pro., and complies with Rules 9.4 (i)(2)(B) and 9.4 (i)(3), Tex.R.App.Pro.; and (2) on May 14, 2015, a true and correct copy of the above and foregoing "Appearance of Counsel" was transmitted via the eService function on the State's eFiling portal, to David Ryan (dmryanesq@hotmail.com), current counsel for Appellee, Bridget Holloway (holloway_bridget@dao.hctx.net) & Alan Curry (curry_alan@dao.hctx.net), counsel for the State of Texas, and Lisa McMinn (lisa.mcminn@spa.state.tx.us), the State's Prosecuting Attorney.

_____

**David A. Schulman**